

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2014

No. 04-14-00256-CR

Jeffrey **LEE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6806
Honorable Raymond Angelini, Judge Presiding

## O R D E R

    The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due January 28, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court